UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN ALCORN | CIVIL ACTION |
| Versus | NO. 11-2437 |
| EXCEL FINANCE COMPANY | SECTION "F" |

**J U D G M E N T**

Considering the written reasons of the court on file herein, accordingly;

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant, Excel Finance Company, and against plaintiff, Steven Alcorn, dismissing plaintiff's suit.

IT IS FURTHER ORDERED that defendant's counterclaim is hereby dismissed without prejudice.

New Orleans, Louisiana, this <u>18th</u> day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE